IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MANUEL V. GARCIA, GUADALUPE ACOSTA-MUNOZ, JESUS GARCIA, GUADALUPE GARCIA, ANGEL MANUEL GARCIA,<br><br>      Defendant. | 8:25CR213<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 12th day of November, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge