IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:25CR213** |
| v. | | |
| MANUEL V. GARCIA, and GUADALUPE ACOSTA-MUNOZ, | | **ORDER** |
| Defendants. | | |

This matter is before the Court on defendant, Manuel V. Garcia's Unopposed Motion to Continue Trial (Filing No. 76). Counsel needs additional time to resolve this matter short of trial. The government and counsel for co-defendant have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 76) is granted as follows:

1. The jury trial, **for Manuel V. Garcia and Guadalupe Acosta-Munoz**, now set for July 20, 2026, is continued to **August 31, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 31, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. Defendant, Guadalupe Acosta-Munoz's Motion to Continue Trial (Filing No. 75) is denied as moot.

Dated this 17th day of July 2026.

BY THE COURT:

*Robert F. Rossiter Jr.*

Robert F. Rossiter, Jr.
United States District Judge